In the Matter of SHAWN GREEN, Appellant, v DEBRA A. MARTIN, STATE OF NEW YORK, Respondent.

Submitted May 22, 2017; decided June 29, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judge FEINMAN taking no part.

NAKITA HARRIS, Individually and as Parent and Natural Guardian of MYRA HARRIS, Appellant, v CITY OF BUFFALO et al., Respondents.

Submitted May 22, 2017; decided June 29, 2017

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]; 2103 [b] [2]). Motion for poor person relief dismissed as academic.

Judge FEINMAN taking no part.